**ORIGINAL**

1

2
_____ ✓ _____ FILED _____ ENTERED

3
_____ LODGED _____ RECEIVED

4
**MAY 0 1 2001**

5
AT SEATTLE
CLERK US DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

6

7
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

8
AT SEATTLE

9
UNITED STATES OF AMERICA,            NO **CR01-153Z**

10
            Plaintiff,            INFORMATION

11
      v.

12
JAMES ERNEST JACKSON,

13
            Defendant.

14
                                    -2 -R-153  #00000003

15
THE UNITED STATES ATTORNEY CHARGES THAT

16
      1.  ERNEST JAMES JACKSON filed a Chapter 7 Bankruptcy petition on or about

17
December 12, 1996.

18
      2   On or about February 11, 1997, in connection with his Chapter 7 Bankruptcy case,

19
ERNEST JAMES JACKSON testified under penalty of perjury at a creditors' meeting held

20
pursuant to Title 11, Section 341 of the Bankruptcy Code.

21
      3.  During such testimony, ERNEST JAMES JACKSON knowingly and fraudulently

22
made false statements under oath in response to inquiries about how he was supporting

23
himself.   Specifically, in response to the questions set forth below, ERNEST JAMES

24
JACKSON provided the answers set forth below:

25
      "Q:  But how are you presently paying your rent and paying for food, et cetera, at

26
present?

27
      A:  ..  I've -- I'm sharing with my children, and I haven't paid them my share of the

28
rent yet "

INFORMATION/Ernest James Jackson - 1
1000R00797

UNITED STATES ATTORNEY
601 Union Street, Suite 5100
Seattle, Washington 98101-3903
(206) 553-7970

1       ...

2       "Q:  So I guess my question still stands, though·  How are you supporting yourself?

3   Because she's [JACKSON'S daughter] providing you the housing, but where are you getting

4   the money to pay for food and things like that?

5       A.  Well, it's getting pretty skinny.

6       Q:  Well, how are you doing with skinny that you got?  That's what I'm asking.

7       A:  Well, I had a few dollars on my schedule when I filed.

8       Q:  Right, Right.

9       A·  And I eat with the kids a lot "

10      4.  Such testimony was false and misleading in that ERNEST JAMES JACKSON knew

11  at the time of this testimony that he was receiving $2,000 to $3,000 a month for management

12  of the Rocking J Ranch and was using that money to help support himself.

13      5.  Such false and misleading testimony was material to ERNEST JAMES JACKSON's

14  pending Chapter 7 Bankruptcy case.

15      All in violation of Title 18, United States Code, Section 152(3).

16      DATED this ___1$\varepsilon^{t}$___ day of May, 2001.

17

18

19      FRANCIS J. DISKIN
        UNITED STATES ATTORNEY

20

21

22      MARK J. BARTLETT
        ASSISTANT UNITED STATES ATTORNEY

23

24

25      SUSAN LOITZ
        ASSISTANT UNITED STATES ATTORNEY

26

27

28

INFORMATION/Ernest James Jackson - 2
1000R00797