**ORIGINAL**

Judge Zilly

- 2 -R-153 #00000004

FILED
LODGED            ENTERED
                  RECEIVED

MAY - 1 2001

AT SEATTLE
BY CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO   CR 01-153Z |
| Plaintiff, | INFORMATION |
| v | (Amended to correct Defendant's name) |
| ERNEST JAMES JACKSON, | |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES THAT:

1. ERNEST JAMES JACKSON filed a Chapter 7 Bankruptcy petition on or about December 12, 1996.

2. On or about February 11, 1997, in connection with his Chapter 7 Bankruptcy case, ERNEST JAMES JACKSON testified under penalty of perjury at a creditors' meeting held pursuant to Title 11, Section 341 of the Bankruptcy Code

3. During such testimony, ERNEST JAMES JACKSON knowingly and fraudulently made false statements under oath in response to inquiries about how he was supporting himself. Specifically, in response to the questions set forth below, ERNEST JAMES JACKSON provided the answers set forth below.

"Q. But how are you presently paying your rent and paying for food, et cetera, at present?

A: . . I've -- I'm sharing with my children, and I haven't paid them my share of the rent yet."

INFORMATION/Ernest James Jackson - 1
1000R00797

UNITED STATES ATTORNEY
601 Union Street, Suite 5100
Seattle, Washington 98101-3903
(206) 553-7970

....

"Q: So I guess my question still stands, though: How are you supporting yourself? Because she's [JACKSON'S daughter] providing you the housing, but where are you getting the money to pay for food and things like that?

A. Well, it's getting pretty skinny.

Q: Well, how are you doing with skinny that you got? That's what I'm asking.

A: Well, I had a few dollars on my schedule when I filed

Q: Right, Right.

A: And I eat with the kids a lot "

4. Such testimony was false and misleading in that ERNEST JAMES JACKSON knew at the time of this testimony that he was receiving $2,000 to $3,000 a month for management of the Rocking J Ranch and was using that money to help support himself.

5. Such false and misleading testimony was material to ERNEST JAMES JACKSON's pending Chapter 7 Bankruptcy case

All in violation of Title 18, United States Code, Section 152(3).

DATED this _1st_ day of May, 2001.

_[signature]_
for FRANCIS J. DISKIN
UNITED STATES ATTORNEY

_[signature]_
MARK J. BARTLETT
ASSISTANT UNITED STATES ATTORNEY

_[signature]_
SUSAN LOITZ
ASSISTANT UNITED STATES ATTORNEY

INFORMATION/Ernest James Jackson - 2
1000R00797

UNITED STATES ATTORNEY
601 Union Street, Suite 5100
Seattle, Washington 98101-3903
(206) 553-7970